IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| JUNETTE BUTLER | : | CASE NO: 19-14920JKF |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

AND NOW, upon consideration of the Debtor's Motion to Avoid Judicial Lien of Discover Bank, the response thereto if any, after notice and hearing;

IT IS ORDERED, that the judicial lien held by Discover Bank, on Debtor's interest in real estate at 32 N Yewdall St. Philadelphia, PA 19139, entered of record as: <u>Discover Bank. v. Junette Butler</u>, No. SC-16-09-01-3068 (Phila. Muni. Ct 11/14/2016) is hereby AVOIDED.

dated: 9/18/19

_____
Jean K. FitzSimon
United States Bankruptcy Judge