United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-14920-jkf
Junette Butler                                                        Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: admin          Page 1 of 1         Date Rcvd: Nov 15, 2019
                            Form ID: 318         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2019.
```
db          +Junette Butler,   32 N Yewdall St.,   Philadelphia, PA 19139-2539
14368660    +Mercy Hospital,   501 S 54th St,   Philadelphia, PA 19143-1996
14368661    +Midland Funding LLC,   350 Camino De La Reina,   San Diego, CA 92108-3007
14368662    +Nissan Motor Acceptance Corp/Infiniti,   Attn: Bankruptcy,   Po Box 660360,
              Dallas, TX 75266-0360
14368664    +PHEAA/HCB,   Attn: Bankruptcy,   1200 N 7th St, 3rd Floor,   Harrisburg, PA 17102-1444
14368665    +Philadelphia Gas Works,   800 W. Montgomery Ave.,   Philadelphia, PA 19122-2898
14368666    +Philadelphia Housing Dev't Authority,   1234 Market St.,   17th Fl,
              Philadelphia, PA 19107-3705
14368667    +RBS Citizens Cc,   1 Citizens Dr.,   Ms: Rop 15b,   Riverside, RI 02915-3035
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr          +EDI: QLEFELDMAN.COM Nov 16 2019 08:43:00    LYNN E. FELDMAN,   Feldman Law Offices PC,
              221 N. Cedar Crest Blvd.,   Allentown, PA 18104-4603
smg          E-mail/Text: megan.harper@phila.gov Nov 16 2019 04:05:49     City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2019 04:04:45
              Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2019 04:05:31    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14368656    +EDI: CAPITALONE.COM Nov 16 2019 08:43:00    Capital One,   Attn: Bankruptcy,   Po Box 30285,
              Salt Lake City, UT 84130-0285
14368657    +EDI: CITICORP.COM Nov 16 2019 08:43:00    Citibank,   Attn: Recovery/Centralized Bankruptcy,
              Po Box 790034,   St Louis, MO 63179-0034
14368658     EDI: DISCOVER.COM Nov 16 2019 08:43:00    Discover Bank,   6500 New Albany Rd.,
              New Albany, OH 43054
14368659    +EDI: IIC9.COM Nov 16 2019 08:43:00    I C System Inc,   Attn: Bankruptcy,   Po Box 64378,
              St Paul, MN 55164-0378
14368663    +E-mail/Text: blegal@phfa.org Nov 16 2019 04:05:12    Pa Housing Finance Agency,
              211 N Front St,   Harrisburg, PA 17101-1406
14369364    +EDI: RMSC.COM Nov 16 2019 08:43:00    Synchrony Bank,   c/o of PRA Receivables Management, LLC,
              PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 10
```

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2019 at the address(es) listed below:
              ALFONSO G. MADRID    on behalf of Debtor Junette  Butler alfonsomadridlawECF@gmail.com
              LYNN E. FELDMAN    trustee.feldman@rcn.com,  lfeldman@ecf.axosfs.com
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 4

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Junette Butler** | Social Security number or ITIN   **xxx–xx–2425** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | _____ | Social Security number or ITIN   _ _ _ _ |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Eastern District of Pennsylvania** | | |
| Case number:   **19–14920–jkf** | | |

# Order of Discharge                                                                                           12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Junette Butler

11/14/19                                         **By the court:**   <u>Jean K. FitzSimon</u>
                                                                                     United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**